# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

July 12, 2019

<u>BY ECF</u>
Honorable Sara Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    Escobar Reyes v. The Grey Dog Inc., et al
             <u>18-cv-7520 (SN)</u>

Dear Judge Netburn:

      I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff Hugo Escobar Reyes in the above-referenced matter. Herewith please find the fully executed settlement agreement resolving this action.

      This reflects the settlement agreement reached at a settlement conference held on May 3, 2019 before Your Honor. At that conference the Court advised that the parties' need not provide a written explanation of the fairness of the settlement, because the Court was familiar with the settlement because it presided over the settlement conference. To the extent the Court does require any additional explanation of the settlement agreement, please advise and we will promptly provide it.

      We thank the Court for its attention to this matter.

                                                          Respectfully Submitted,

                                                          _____/s/ Joshua S. Androphy_____
                                                                 Joshua S. Androphy

cc: (By ECF)

Attorney for Defendants