UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HUGO ESCOBAR REYES,

                                       Plaintiff(s),                    1:18-cv-07520-(SN)

                     -against-                                **ORDER OF DISMISSAL**

THE GREY DOG, INC., et al.,

                                       Defendant(s).

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on May 3, 2019. Following the settlement conference, the parties indicated that they had reached a settlement agreement. On July 12, 2019, the parties sought approval of that agreement but did not provide the Court with a copy of the written agreement. The Court ordered on August 27, 2019, that the parties file the settlement agreement on the public docket for the Court's review. See ECF No. 38. Counsel for the parties filed their proposed settlement agreement on September 6, 2019. ECF No. 39. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                             _____
                                                                             SARAH NETBURN

DATED:     September 10, 2019          United States Magistrate Judge
               New York, New York